IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KYLE CREAL, VICTOR GUZMAN, DONNIE CREAL, DARTANYAN LAYNE, BRANDON CALDWELL, JAMES TISDALE and DEWAYNE MILLER on behalf of themselves and other similarly situated persons known and unknown,<br>　　　　　　Plaintiffs<br>　　　v.<br>STAFFING SOLUTIONS SOUTHEAST, INC. d/b/a PROLOGISTIX, and HOME DEPOT U.S.A., INC.,<br>　　　　　　Defendants. | Case No. 13 cv 7592<br><br>Magistrate Judge Maria Valdez |

**PLAINTIFFS' UNOPPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM OF LAW IN SUPPORT OF THEIR UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE PARTIES' STIPULATION OF SETTLEMENT IN EXCESS OF 15 PAGES**

Plaintiffs move this Court for leave to file their Memorandum of Law in support of their Unopposed Motion for Preliminary Approval of the Plaintiffs' and Defendants Staffing Solutions Southeast, Inc., d/b//a Prologistix, ("Prologistix"), Home Depot U.S.A., Inc., ("Home Depot") (collectively "Defendants") Stipulation of Settlement with a total of 23 pages, exclusive of exhibits, which exceeds the 15 page limit set by Local Rule 7.1. In support of this Unopposed Motion, the Plaintiffs state as follows:

1.　　Plaintiffs filed a Complaint alleging multiple violations of Fair Labor Standards Act, 29 U.S.C. §201 *et seq*. ("FLSA"), the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq*. ("IMWL"), the Illinois Wage Payment and Collection Act, 820 ILCS 115/1 *et seq*. ("IWPCA"), and the Illinois Day and Temporary Labor Services Act ("IDTLSA") 820 ILCS 175/1 *et seq*.

2.　　Plaintiffs brought her class action pursuant to Fed. R. Civ. P. Rule 23(a) and (b) against Defendants.

3. Defendants deny the allegations, but Plaintiffs and Defendants have resolved the alleged claims on a class-wide basis.

4. Due to the complexity of the issues in this matter, and to the fact that this settlement involves three Defendants with distinct claims raised against each Defendant, Plaintiffs now seek leave of this Court to file a Memorandum of Law in support of their Unopposed Motion for Preliminary Approval of the Parties' Class Action Settlement of 23 pages, exclusive of exhibits, which exceeds the 15 page limit set by Local Rule 7.1.

1. WHEREFORE, Plaintiffs respectfully request leave of this honorable Court to file their Memorandum of Law in Support of their Unopposed Motion for Preliminary Approval of the Parties' Class Action Settlement of 23 pages, exclusive of exhibits, and for such other relief as this Court deems just.

Respectfully Submitted,

Dated: March 19, 2015

s/Christopher J Williams
Christopher J. Williams
Alvar Ayala
Workers' Law Office, PC
53 W. Jackson Blvd, Suite 701
Chicago, Illinois 60604
(312) 795-9121